UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE F. OLIVARES,

    Plaintiff,

v.

                                    Case No. 22-cv-10574
                                    Hon. Matthew F. Leitman

PERFORMANCE CONTRACTING
GROUP, *et al.*,

    Defendants.

_____/

**<u>ORDER STRIKING PLAINTIFF'S OBJECTIONS (ECF Nos. 55, 56) TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 54) AND GRANTING LEAVE TO RE-FILE</u>**

On February 7, 2023, the Magistrate Judge assigned to this civil action issued a Report and Recommendation (the "R&R") in which he recommended that Defendants' Motion for Summary Judgment (ECF No. 46) be granted. (*See* R&R, ECF No. 54.) On February 8, 2023, Plaintiff Jose Olivares filed Objections to the R&R. (*See* Obj., ECF No. 55.) Later that same day, he filed an additional objection as a separate document. (*See* Obj. Cont., ECF No. 56.) In total, Olivares' Objections are 51 pages long and therefore violate the Court's Local Rules, which limit such objections to twenty-five pages of 14-point font. (*See* E.D. Mich. Local Rule 72.1(d)(5), incorporating E.D. Mich. Local Rule 7.1). Accordingly, the Court

1

**STRIKES** Olivares' Objections (ECF Nos. 55, 56) and **GRANTS** Olivares leave to re-file his Objections, which shall conform to this Court's Local Rules.

    **IT IS SO ORDERED.**

                                      s/Matthew F. Leitman  
                                      MATTHEW F. LEITMAN  
                                      UNITED STATES DISTRICT JUDGE

Dated:  February 9, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2023, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan  
                                      Case Manager  
                                      (313) 234-5126