UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE F. OLIVARES,

    Plaintiff,

v.

Case No. 22-cv-10574
Hon. Matthew F. Leitman

PERFORMANCE CONTRACTING
GROUP, *et al.*,

    Defendants.
_____/

## ORDER STRIKING PLAINTIFFS' SETS OF OBJECTIONS (ECF Nos. 58, 59, 60, 61) TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DIRECTING PLAINTIFF TO RE-FILE OBJECTIONS

On February 7, 2023, the Magistrate Judge assigned to this case entered a Report and Recommendation (the "R&R") in which he recommended that Defendants' Motion for Summary Judgment (ECF No. 46) be granted. (*See* R&R, ECF No. 54). Plaintiff Jose F. Olivares, proceeding *pro se*, then filed several sets of objections to the Magistrate Judge's R&R. (*See* Objections, ECF Nos. 58, 59, 60, 61). The Court held a status conference to discuss these filings on February 27, 2023. For the reasons stated on the record during that conference, it is hereby ordered as follows:

- The Court **STRIKES** Plaintiffs' four sets of objections (ECF Nos. 58, 59, 60, 61).

- Plaintiff may re-file a single set of objections to the R&R, which shall be in 14-point font, may not exceed 25 pages, and shall comply with this Court's local rules in all other respects. Plaintiff shall re-file his objections by no later than **March 8, 2023**.

- Defendants shall respond by no later than **March 22, 2023.**

  **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 27, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126