UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSE F. OLIVARES,

    Plaintiff,                               Case No. 22-cv-10574
                                                    Hon. Matthew F. Leitman

v.

PERFORMANCE CONTRACTING
GROUP, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

                                         KINIKIA ESSIX
                                         CLERK OF COURT

                              By:    s/Holly A. Ryan_____
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated: July 14, 2023
Detroit, Michigan

1